# Galveston CAD

Property Search Results > 292286 BOURGEOIS TIMOTHY L & GWEN for Year 2022      Tax Year: 2022

## Property

### Account

| | | | |
|---|---|---|---|
| Property ID: | 292286 | Legal Description: | ABST 645 PAGE 2 LOT 18 BLK 2 MISSION ESTATES SEC 3 |
| Geographic ID: | 5177-0002-0018-000 | Zoning: | SFR |
| Type: | Real | Agent Code: | |
| Property Use Code: | | | |
| Property Use Description: | | | |

### Location

| | | | |
|---|---|---|---|
| Address: | 1904 N MISSION CIR FRIENDSWOOD, TX 77546 | Mapsco: | |
| Neighborhood: | MISSION ESTATES | Map ID: | 139-D |
| Neighborhood CD: | 5175 | | |

### Owner

| | | | |
|---|---|---|---|
| Name: | BOURGEOIS TIMOTHY L & GWEN | Owner ID: | 347991 |
| Mailing Address: | 1904 N MISSION CIR FRIENDSWOOD, TX 77546 | % Ownership: | 100.0000000000% |
| | | Exemptions: | HS |

## Values

| | | | |
|---|---|---|---|
| (+) Improvement Homesite Value: | + | $349,950 | |
| (+) Improvement Non-Homesite Value: | + | $0 | |
| (+) Land Homesite Value: | + | $29,450 | |
| (+) Land Non-Homesite Value: | + | $0 | Ag / Timber Use Value |
| (+) Agricultural Market Valuation: | + | $0 | $0 |
| (+) Timber Market Valuation: | + | $0 | $0 |
| | | -------------------- | |
| (=) Market Value: | = | $379,400 | |
| (−) Ag or Timber Use Value Reduction: | − | $0 | |
| | | -------------------- | |
| (=) Appraised Value: | = | $379,400 | |
| (−) HS Cap: | − | $48,380 | |
| | | -------------------- | |
| (=) Assessed Value: | = | $331,020 | |

## Taxing Jurisdiction

Owner: BOURGEOIS TIMOTHY L & GWEN
% Ownership: 100.0000000000%
Total Value: $379,400

| Entity | Description | Tax Rate | Appraised Value | Taxable Value | Estimated Tax |
|---|---|---|---|---|---|
| C37 | FRIENDSWOOD CITY | 0.487314 | $379,400 | $264,816 | $1,290.48 |

| | | | | | |
|---|---|---|---|---|---|
| CAD | APPRAISAL DISTRICT | 0.000000 | $379,400 | $331,020 | $0.00 |
| D08 | GALV CNTY CONSOLIDATED DRAINAGE | 0.132000 | $379,400 | $331,020 | $436.95 |
| GGA | GALVESTON COUNTY | 0.414940 | $379,400 | $264,816 | $1,098.82 |
| RFL | CO ROAD & FLOOD | 0.009560 | $379,400 | $261,816 | $25.03 |
| S12 | FRIENDSWOOD ISD | 1.239400 | $379,400 | $306,020 | $3,792.81 |
| | Total Tax Rate: | 2.283214 | | | |
| | | | | Taxes w/Current Exemptions: | $6,644.09 |
| | | | | Taxes w/o Exemptions: | $8,662.51 |

## Improvement / Building

**Improvement #1:** RESIDENTIAL  **State Code:** A1  **Living Area:** 3086.0 sqft  **Value:** $339,950

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|---|---|---|---|---|---|
| MA | MAIN AREA | B12 - * | BV | 1993 | 1805.0 |
| MA2 | MAIN AREA 2ND FLOOR | B12 - * | | 1993 | 1281.0 |
| GA | GARAGE | B12 - * | | 1993 | 380.0 |
| OP | OPEN PORCH | B12 - * | | 1993 | 54.0 |

**Improvement #2:** MISC IMP  **State Code:** A1  **Living Area:** sqft  **Value:** $7,500

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|---|---|---|---|---|---|
| LPOOL | LARGE POOL | * - * | | 2000 | 0.0 |

**Improvement #3:** MISC IMP  **State Code:** A1  **Living Area:** sqft  **Value:** $2,500

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|---|---|---|---|---|---|
| SPA | SPA | * - * | | 2000 | 0.0 |

## Land

| # | Type | Description | Acres | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|---|---|---|---|---|---|---|---|
| 1 | RL | RL | 0.1690 | 7362.00 | 0.00 | 0.00 | $29,450 | $0 |

## Roll Value History

| Year | Improvements | Land Market | Ag Valuation | Appraised | HS Cap | Assessed |
|---|---|---|---|---|---|---|
| 2022 | $349,950 | $29,450 | 0 | 379,400 | $48,380 | $331,020 |
| 2021 | $341,810 | $29,450 | 0 | 371,260 | $70,333 | $300,927 |
| 2020 | $244,120 | $29,450 | 0 | 273,570 | $0 | $273,570 |
| 2019 | $251,350 | $29,450 | 0 | 280,800 | $0 | $280,800 |
| 2018 | $254,020 | $29,450 | 0 | 283,470 | $0 | $283,470 |
| 2017 | $259,400 | $29,450 | 0 | 288,850 | $24,579 | $264,271 |
| 2016 | $234,440 | $29,450 | 0 | 263,890 | $23,644 | $240,246 |
| 2015 | $200,010 | $29,450 | 0 | 229,460 | $11,055 | $218,405 |
| 2014 | $169,100 | $29,450 | 0 | 198,550 | $0 | $198,550 |
| 2013 | $169,100 | $29,450 | 0 | 198,550 | $0 | $198,550 |

## Deed History - (Last 3 Deed Transactions)

| # | Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Deed Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 5/16/1997 | WD | WARRANTY DEED | SEALE FRANK W & DIANA R | BOURGEOIS TIMOTHY L & GWEN | | 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 | 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 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2 | 12/27/1993 | CONV | CONVERSION | MHI PARTNERSHIP LTD | SEALE FRANK W & DIANA R | 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 | 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 |
| 3 | 4/1/1993 | CONV | CONVERSION | MCGUYER HOLDINGS INC | MHI PARTNERSHIP LTD | 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 | 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 |

## Tax Due

Property Tax Information as of 05/03/2022

Amount Due if Paid on:

| Year | Taxing Jurisdiction | Taxable Value | Base Tax | Base Taxes Paid | Base Tax Due | Discount / Penalty & Interest | Attorney Fees | Amount Due |
|---|---|---|---|---|---|---|---|---|

NOTE: Penalty & Interest accrues every month on the unpaid tax and is added to the balance. Attorney fees may also increase your tax liability If not paid by July 1. If you plan to submit payment on a future date, make sure you enter the date and RECALCULATE to obtain the correct total amount due.

Questions Please Call (409) 935-1980

# Galveston CAD

Property Search Results > 292286 BOURGEOIS TIMOTHY L & GWEN for Year 2022

Tax Year: 2022

## Property

### Account

| | | | |
|---|---|---|---|
| Property ID: | 292286 | Legal Description: | ABST 645 PAGE 2 LOT 18 BLK 2 MISSION ESTATES SEC 3 |
| Geographic ID: | 5177-0002-0018-000 | Zoning: | SFR |
| Type: | Real | Agent Code: | |
| Property Use Code: | | | |
| Property Use Description: | | | |

### Location

| | | | |
|---|---|---|---|
| Address: | 1904 N MISSION CIR FRIENDSWOOD, TX 77546 | Mapsco: | |
| Neighborhood: | MISSION ESTATES | Map ID: | 139-D |
| Neighborhood CD: | 5175 | | |

### Owner

| | | | |
|---|---|---|---|
| Name: | BOURGEOIS TIMOTHY L & GWEN | Owner ID: | 347991 |
| Mailing Address: | 1904 N MISSION CIR FRIENDSWOOD, TX 77546 | % Ownership: | 100.0000000000% |
| | | Exemptions: | HS |

## Values

| | | | |
|---|---|---|---|
| (+) Improvement Homesite Value: | + | $349,950 | |
| (+) Improvement Non-Homesite Value: | + | $0 | |
| (+) Land Homesite Value: | + | $29,450 | |
| (+) Land Non-Homesite Value: | + | $0 | Ag / Timber Use Value |
| (+) Agricultural Market Valuation: | + | $0 | $0 |
| (+) Timber Market Valuation: | + | $0 | $0 |
| | | -------------------------- | |
| (=) Market Value: | = | $379,400 | |
| (–) Ag or Timber Use Value Reduction: | – | $0 | |
| | | -------------------------- | |
| (=) Appraised Value: | = | $379,400 | |
| (–) HS Cap: | – | $48,380 | |
| | | -------------------------- | |
| (=) Assessed Value: | = | $331,020 | |

## Taxing Jurisdiction

Owner: BOURGEOIS TIMOTHY L & GWEN
% Ownership: 100.0000000000%
Total Value: $379,400

| Entity | Description | Tax Rate | Appraised Value | Taxable Value | Estimated Tax |
|---|---|---|---|---|---|
| C37 | FRIENDSWOOD CITY | 0.487314 | $379,400 | $264,816 | $1,290.48 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CAD | APPRAISAL DISTRICT | 0.000000 | $379,400 | | $331,020 | $0.00 |
| D08 | GALV CNTY CONSOLIDATED DRAINAGE | 0.132000 | $379,400 | | $331,020 | $436.95 |
| GGA | GALVESTON COUNTY | 0.414940 | $379,400 | | $264,816 | $1,098.82 |
| RFL | CO ROAD & FLOOD | 0.009560 | $379,400 | | $261,816 | $25.03 |
| S12 | FRIENDSWOOD ISD | 1.239400 | $379,400 | | $306,020 | $3,792.81 |
| | Total Tax Rate: | 2.283214 | | | | |
| | | | | | Taxes w/Current Exemptions: | $6,644.09 |
| | | | | | Taxes w/o Exemptions: | $8,662.51 |

## Improvement / Building

**Improvement #1:** RESIDENTIAL  **State Code:** A1  **Living Area:** 3086.0 sqft  **Value:** $339,950

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|---|---|---|---|---|---|
| MA | MAIN AREA | B12 - * | BV | 1993 | 1805.0 |
| MA2 | MAIN AREA 2ND FLOOR | B12 - * | | 1993 | 1281.0 |
| GA | GARAGE | B12 - * | | 1993 | 380.0 |
| OP | OPEN PORCH | B12 - * | | 1993 | 54.0 |

**Improvement #2:** MISC IMP  **State Code:** A1  **Living Area:** sqft  **Value:** $7,500

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|---|---|---|---|---|---|
| LPOOL | LARGE POOL | * - * | | 2000 | 0.0 |

**Improvement #3:** MISC IMP  **State Code:** A1  **Living Area:** sqft  **Value:** $2,500

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|---|---|---|---|---|---|
| SPA | SPA | * - * | | 2000 | 0.0 |

## Land

| # | Type | Description | Acres | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|---|---|---|---|---|---|---|---|
| 1 | RL | RL | 0.1690 | 7362.00 | 0.00 | 0.00 | $29,450 | $0 |

## Roll Value History

| Year | Improvements | Land Market | Ag Valuation | Appraised | HS Cap | Assessed |
|---|---|---|---|---|---|---|
| 2022 | $349,950 | $29,450 | 0 | 379,400 | $48,380 | $331,020 |
| 2021 | $341,810 | $29,450 | 0 | 371,260 | $70,333 | $300,927 |
| 2020 | $244,120 | $29,450 | 0 | 273,570 | $0 | $273,570 |
| 2019 | $251,350 | $29,450 | 0 | 280,800 | $0 | $280,800 |
| 2018 | $254,020 | $29,450 | 0 | 283,470 | $0 | $283,470 |
| 2017 | $259,400 | $29,450 | 0 | 288,850 | $24,579 | $264,271 |
| 2016 | $234,440 | $29,450 | 0 | 263,890 | $23,644 | $240,246 |
| 2015 | $200,010 | $29,450 | 0 | 229,460 | $11,055 | $218,405 |
| 2014 | $169,100 | $29,450 | 0 | 198,550 | $0 | $198,550 |
| 2013 | $169,100 | $29,450 | 0 | 198,550 | $0 | $198,550 |

## Deed History - (Last 3 Deed Transactions)

| # | Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Deed Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 5/16/1997 | WD | WARRANTY DEED | SEALE FRANK W & DIANA R | BOURGEOIS TIMOTHY L & GWEN | | 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 | 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 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2 | 12/27/1993 | CONV | CONVERSION | MHI PARTNERSHIP LTD | SEALE FRANK W & DIANA R | 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 | 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 |
| 3 | 4/1/1993 | CONV | CONVERSION | MCGUYER HOLDINGS INC | MHI PARTNERSHIP LTD | 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 | 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 |

## Tax Due

Property Tax Information as of 05/03/2022

Amount Due if Paid on:

| Year | Taxing Jurisdiction | Taxable Value | Base Tax | Base Taxes Paid | Base Tax Due | Discount / Penalty & Interest | Attorney Fees | Amount Due |
|---|---|---|---|---|---|---|---|---|

NOTE: Penalty & Interest accrues every month on the unpaid tax and is added to the balance. Attorney fees may also increase your tax liability if not paid by July 1. If you plan to submit payment on a future date, make sure you enter the date and RECALCULATE to obtain the correct total amount due.

Questions Please Call (409) 935-1980

Website version: 1.2.2.33     Database last updated on: 5/2/2022 8:38 PM     © N. Harris Computer Corporation