IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| TIMOTHY L. BOURGEOIS and GWEN A. BOURGEOIS, <br><br> Plaintiffs, <br><br> v. <br><br> SELECT PORTFOLIO SERVICING, INC.; HUGHES, WATTERS & ASKANASE, L.L.P. and its agent, ANTHONY ADAN GARCIA, ESQ.; and DAVID SUNLIN, aka DAVID PAUL SUNLIN, Individually. <br><br> Defendants. | C.A. No. 3:22-CV-146 |

## PLAINITFFS' STIPULATION OF DISMISSAL

Plaintiffs files their notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(i).

1. Plaintiffs are Timothy L. Bourgeois and Gwen A. Bourgeois; defendants are Hughes Watters & Askanase, L.L.P. and its agent Anthony Adan Garcia.

2. Plaintiffs sued defendants,

3. Defendants appeared in the case and have not filed an answer.

4. This is not a class action.

5. A receiver has not been appointed in this action.

PLAINTIFFS' Stipulation of Dismissal

6.  This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

7.  Plaintiffs have not dismissed an action based on or including the same claims as those presented in this suit.

8.  This dismissal is without prejudice to refiling.

Respectfully submitted,

*/s/James M. Andersen*
James M. Andersen
Attorney at Law
TBA No. 01165850
P. O. Box 58554
Webster, TX. 77598-8554
Tel: (281) 488-2800
Fax: (281) 480-1190
Attorney for Plaintiffs,
Timothy L Bourgeois and
Gwen A. Bourgeois

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiffs' Stipulation of Dismissal was forwarded to all parties and/or their attorneys of record, in accordance with the Federal Rules of Civil Procedure, on this the 9th day of June, 2022, through the Court's ECF filing system addressed as follows:

Damian W. Abreo
Total Plaza
1201 Louisiana Street, 28th Floor
Houston, Texas 77002
Email: dabreo@hwa.com


mhord@hirschwest.com
emettenbrink@hirschwest.com
Michael F. Hord, Jr.
Eric C. Mettenbrink
Hirsch & Westheimer, P.C.

PLAINTIFFS' Stipulation of Dismissal

1415 Louisiana, 36th Floor
Houston, TX 77002

*James M. Andersen*
James M. Andersen

PLAINTIFFS' Stipulation of Dismissal

3